IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHANIE FAHNESTOCK, | : | 1:13-cv-1872 |
| | : | |
| Plaintiff, | : | Hon. John E. Jones III |
| | : | |
| v. | : | |
| | : | |
| CARLISLE REGIONAL MEDICAL CENTER, | : | |
| | : | |
| Defendant. | : | |

## ORDER

### April 28, 2015

In accordance with the Memorandum issued on today's date, it is hereby

**ORDERED** that:

1. Defendant's Motion for Summary Judgment (Doc. 37) is **GRANTED**, and judgment is **ENTERED** in favor of Defendant.

2. The Clerk of Court is directed to **CLOSE** the file on this case.

s/ John E. Jones III
John E. Jones III
United States District Judge

1